PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Ashish Macwan**                                                Docket No. 07-196-SDW-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Daniel Milne**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Ashish Macwan**, who was placed under pretrial release supervision by the **Honorable Susan D. Wigenton, United States District Judge**, sitting in the Court at Newark, New Jersey, on March 8, 2007, under the following conditions:

**$100,000 unsecured appearance bond, cosigned by the defendant's wife; Pretrial Services supervision; surrender passport, not to apply for travel documents; and travel restricted to the District of New Jersey.**

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER the defendant's travel be expanded to permit travel outside the District of New Jersey, with advanced approval of Pretrial Services.

ORDER OF COURT

Considered and ordered this 27th day of April, 2007 and ordered filed and made a part of the records in the above case.

_____
Honorable Susan D. Wigenton
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Daniel Milne
U.S. Pretrial Services Officer