UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ASHISH MACWAN, <br><br> Defendant. | Crim. No. 07-196-01 (SDW) <br><br> Hon. Susan D. Wigenton <br><br><br> **CONSENT ORDER RETURNING DEFENDANT'S PASSPORT** |

THIS MATTER having been opened to the Court by Defendant Ashish Macwan (Henry E. Klingeman, Esq., appearing) for an Order returning Defendant's passport from the United States Pretrial Services Agency; the United States of America, Paul J. Fishman, United States Attorney (AUSA Joseph Mack, appearing) having no objection; the Court having considered the recommendation of the United States Pretrial Services Agency; and for good cause shown,

WHEREFORE, IT IS on this ___6th___ day of __December__, 2010;

ORDERED that the United States Pretrial Services Agency return Defendant Ashish Macwan's United States passport to him immediately upon receipt of this Order;

IT IS FURTHER ORDERED that all terms and conditions of probation previously imposed remain in full force and effect.

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge

_____ 12/1/10
HENRY E. KLINGEMAN, ESQ.
For Defendant Ashish Macwan

_____
AUSA JOSEPH MACK
For the United States Attorney's Office